# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1051
_____

FLORIDA SCHOOL FOR THE DEAF
& BLIND/DIVISION OF RISK
MANAGEMENT,

  Appellants,

  v.

CHARLOTTE DAVIDSON,

  Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Ralph J. Humphries, Judge.

Dates of Accident:  September 11, 1979, and March 24, 1980.

November 20, 2025

PER CURIAM.

  AFFIRMED.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan L. Davis of McConnaughhay, Coonrod, Weaver & Stern, P.A., Jacksonville, for Appellants.

Randall Porcher of Morgan & Morgan, Tallahassee, for Appellee.